Robert Hamilton, OSB # 012730
Assistant Federal Public Defender
101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
Tel: (503) 326-2123
Email: robert_hamilton@fd.org

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19-cr-00229-SI-1 |
| Plaintiff, | |
| v. | DEFENDANT'S SENTENCING MEMORANDUM |
| OSCAR PETERS, | |
| Defendant. | |

     Oscar Peters will appear before this Court on June 4, 2025, for sentencing upon his plea of guilty to Count Five of Wire Fraud, in violation of Title 21, U.S.C. § 1343. For the reasons outlined in other sentencing materials before the Court, the defense joins the Government and the Probation Office and recommends that the Court sentence Mr. Peters' to 37 months imprisonment followed by three years of supervised release

     Dated: May 28, 2025.

                                                  */s/ Robert Hamilton*
                                                  Robert Hamilton, OSB #012730